# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS ABREU, JR., | : | |
| Petitioner | : | CASE NO. 3:16-CR-11 |
| v. | : | (MANNION, J.) |
| UNITED STATES OF AMERICA | : | |
| Respondent | : | |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Petitioner Abreu's 28 U.S.C. §2255 motion to vacate, set aside or correct sentence, **(Doc. 57)**, is **DENIED**.

2. The petitioner is not entitled to an evidentiary hearing.

3. There is no probable cause to issue a certificate of appealability.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: March 26, 2019**
O:\Mannion\shared\MEMORANDA - DJ\CRIMINAL MEMORANDA\2016 CRIMINAL MEMORANDA\16-11-01-ORDER.wpd